**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **JOHN OLIVER ELLIS,** | : |
| Petitioner | : |
| | : CIVIL NO: 1:07-CV-36 (WLS) |
| **STEVE ROBERTS, Warden,** | : |
| Respondent. | : |

## RECOMMENDATION

On or about August 20, 2007, this habeas corpus petitioner who is proceeding *pro se* filed what he has labeled as "Motion filed on behalf of the Petitioner, John O. Ellis, asking the Court to allow the Petitioner to withdraw his Petition Without Prejudice," (doc. # 12). The undersigned interprets this document as Petitioner's Motion to Dismiss his Petition Without Prejudice. Attached to the motion is a certificate of service showing service on Petitioner and the Clerk of this court. It thus does not appear that the Respondent has been served with a copy of Petitioner's motion as required by the Federal Rules of Civil Procedure. Respondent has filed nothing in support of or in opposition to the motion. The undersigned doubts that Respondent or his counsel will oppose the granting to Petitioner's motion, although should they oppose same they will be given the normal period of time in which to object to the recommendation. It is therefore the **RECOMMENDATION** of the undersigned that Petitioner's motion be **GRANTED** and that his habeas corpus petition be **DISMISSED** without prejudice.

SO ORDERED, this 17th day of September 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE