IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOHN OLIVER ELLIS, :
:
    Petitioner, :
:
v. : 1:07-CV-36 (WLS)
:
STEVE ROBERTS, Warden, :
:
    Respondent. :
_____:

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed September 17, 2007. (Doc. 13). It is recommended that Petitioner's Motion to Withdraw Petition (Doc. 12)[1] be granted. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Therefore, Petitioner's Motion to Withdraw Petition (Doc. 12) is **GRANTED**. Accordingly, Petitioner's habeas corpus petition is **DISMISSED** without prejudice.

**SO ORDERED**, this __18th__ day of December, 2007.

                                                /s/W. Louis Sands
                                            **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT COURT**

---

[1] Petitioner's Motion is actually titled "Motion filed on behalf of the Petitioner, John O. Ellis, asking the Court to allow the Petitioner to withdraw his Petition Without Prejudice."

1